

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-12-00080-CV
_____

SCOTT D. MARTIN, Appellant

V.

MARTIN RESOURCE MANAGEMENT CORPORATION, Appellee

On Appeal from the County Court at Law No. 2
Gregg County, Texas
Trial Court No. 2010-1020-CCL2

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Appellant, Scott D. Martin, and appellee, Martin Resource Management Corporation, have filed with this Court a joint motion to vacate the trial court's final judgment and remand the case to the trial court. The parties represent to this Court that they have reached a full and final settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion. We set aside, without regard to the merits, the judgment of the trial court and remand the case to the trial court for rendition of judgment in accordance with the agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Pursuant to their agreement, the cost of the appellate record is to be borne by appellant, and all other costs of appeal are to be assessed to the party incurring same.


Jack Carter
Justice

Date Submitted: October 9, 2012
Date Decided: October 10, 2012